**STATE of Maine**

v.

**Wallace P. CORSON.**

Supreme Judicial Court of Maine.

March 30, 1978.

David M. Cox, Dist. Atty., John A. Woodcock, Jr., Asst. Dist. Atty. (orally), Bangor, for plaintiff.

Hunt & Hunt by John C. Hunt (orally), Skowhegan, for defendant.

Before POMEROY, WERNICK, ARCHIBALD, DELAHANTY, GODFREY and NICHOLS, JJ.

## MEMORANDUM OF DECISION

The indictment charged high and aggravated assault and battery (17 M.R.S.A. § 201), alleged to have been committed on October 8, 1975. The jury returned a verdict of nonaggravated assault and battery, for which a sentence of six months in the Penobscot County Jail was imposed. The evidence completely supports the verdict.

The entry is:

Appeal denied.

Judgment affirmed.